UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
JOSE GONZALEZ,

                                              Plaintiff,            Civil No.: 1:14-cv-01630-RJD-VMS

       -against-

MERCANTILE ADJUSTMENT BUREAU, LLC,

                                            Defendant.
-------------------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

      Whereas no party has filed an Answer to the Complaint filed in this action, the Plaintiff hereby voluntarily dismisses this action against Defendant MERCANTILE ADJUSTMENT BUREAU, LLC, and discontinues his claims against the Defendant in the above-captioned matter, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:        Brooklyn, New York
                July 2, 2014           /s/ Yitzchak Zelman_____
                                           Yitzchak Zelman, Esq. (YZ5857)
                                           LAW OFFICE OF ALAN J. SASSON, P.C.
                                           1669 East 12 Street, 2nd Floor
                                           Brooklyn, New York 11229
                                           Phone:    (718) 339-0856
                                           *Attorney for the Plaintiff*